UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL EDWARD BUCKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>BRENDA MCCOY, et al.,<br><br>    Defendants. | Case No. 16-cv-06157-SI<br><br>**ORDER FOR SERVICE OF PROCESS ON DEFENDANTS MCCOY AND ORR** |

Plaintiff recently provided addresses at which two unserved defendants could be served with process in this action. Service of process will be attempted at the addresses provided by plaintiff. If the defendants are not served at the addresses provided -- these are the second or third addresses provided for each of these defendants -- they will be dismissed without prejudice from this action.

Accordingly, the clerk shall issue a summons and the United States Marshal shall serve, without prepayment of fees, the summons, a copy of the amended complaint, and a copy of all the orders in this action upon the following persons:

- Dr. Brenda McCoy
 Apt. 9C
 910 Grant Concourse
 Bronx, NY 10451-2721

- Dr. Harold Orr
 11100 Kerrigan Drive
 Oakland, CA 94605

- Dr. Harold Orr
 1008 Buena Vista Avenue
 Alameda, CA 94501

Dr. McCoy and Dr. Orr each shall file a notice of appearance within **twenty days** after being served with the summons and amended complaint.

The court earlier vacated the briefing schedule on dispositive motions because of various service of process problems. Once the service of process problems are resolved for these two defendants, the court will set a new briefing schedule so that all the defendants will be on the same briefing schedule if possible.

**IT IS SO ORDERED**.

Dated: January 18, 2018

_____
SUSAN ILLSTON
United States District Judge