UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL EDWARD BUCKINS,<br>Plaintiff,<br>v.<br>BRENDA MCCOY, et al.,<br>Defendants. | Case No. 16-cv-06157-SI<br><br>**ORDER EXTENDING DEADLINES**<br>Re: Dkt. Nos. 53, 54 |

Plaintiff has sent a letter to the court stating that he was moved to a different jail facility at about the time defendants' motion for summary judgment was filed and that he has received some, but not all, of the papers in support of defendants' motion for summary judgment. Docket No. 53. No later than **September 27, 2018,** Defendants must mail to plaintiff at his new address a replacement copy of their motion for summary judgment and all documents filed in support of that motion.

Plaintiff has requested an extension of his deadline to file an opposition to defendants' motion for summary judgment. Upon due consideration, plaintiff's request is GRANTED. Docket No. 53. Plaintiff must file and serve his opposition to the motion for summary judgment no later than **November 2, 2018**. Defendants must file and serve their reply, if any, no later than **November 16, 2018.**

**IT IS SO ORDERED**.

Dated: September 29, 2018

SUSAN ILLSTON
United States District Judge