UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL EDWARD BUCKINS, <br> Plaintiff, <br> v. <br> BRENDA MCCOY, et al., <br> Defendants. | Case No. 16-cv-06157-SI <br><br> **JUDGMENT** |

Judgment is now entered in favor of defendants on plaintiff's claims for relief under 42 U.S.C. § 1983 and dismissing plaintiff's state law claims without prejudice to plaintiff pursuing them in state court.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 6, 2019

_____
SUSAN ILLSTON
United States District Judge